IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICKY DIAZ CARRILLO,**<br><br>                                    Petitioner,<br><br>     v.<br><br>**A. K. SCRIBNER,**<br><br>                                    Respondent. | 1:05-CV-00163-OWW-LJO-HC<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE**<br><br>(Document #8) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 1, 2005, respondent filed an application for an enlargement of time to file a response to the petition for writ of habeas corpus. On July 1, 2005, Respondent filed a response to the petition. Good cause having been presented to the court and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent shall be GRANTED an enlargement of time *nunc pro tunc* to July 1, 2005.

IT IS SO ORDERED.

**Dated:    July 14, 2005**             /s/ Lawrence J. O'Neill
23ehd0                                  UNITED STATES MAGISTRATE JUDGE