UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICKY DIAZ CARRILLO, | ) | 1:05-CV-00163-OWW-LJO-HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE (DOCUMENT #13) |
| A. K. SCRIBNER, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 29, 2005, petitioner filed a motion for an extension of time to file his traverse in response to the answer filed by respondent on July 1, 2005. On September 9, 2005, Petitioner filed his traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted an extension of time nunc pro tunc to September 9, 2005 for filing his traverse.

IT IS SO ORDERED.

**Dated:   October 3, 2005**                            **/s/ Lawrence J. O'Neill**
23ehd0                                               UNITED STATES MAGISTRATE JUDGE